BRANDY A. SARGENT (SBN 292586)
K&L GATES LLP
ONE SW COLUMBIA STREET, SUITE 1900
Portland, Oregon 97204
Telephone: 503.226.5735
Facsimile: 503.248.9085
Email: brandy.sargent@klgates.com

Attorneys for Amazon Web Services, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HEALTHPALS, INC.,<br><br>     Debtor. | Case No. 25-31059 (DM)<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON AMAZON WEB SERVICES, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Hearing Date: June 11, 2026**<br>**Time: 9:30 am**<br>**Place: Courtroom 17,**<br>**450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102**<br>**Judge: Judge Dennis Montali** |

TO THE DEBTOR AND ITS ATTORNEY OF RECORD AND ALL OTHER INTERESTED PARTIES:

    **PLEASE TAKE NOTICE** that the Court will hold a preliminary hearing on the Motion for Relief from the Automatic Stay (Dkt. No. 24) on June 11, 2026, at 9:30 AM, or as soon thereafter as the matter may be heard before the Honorable Dennis Montali of the above-entitled Court ***in/via Tele/Videoconference.*** Creditor Amazon Web Services Inc. ("AWS") has moved for entry of an order pursuant to Bankruptcy Code sections 101 and 365(d)(1) and Federal Rules of Bankruptcy Procedure Rule 6006(b) authorizing AWS to terminate its Agreement with the Debtor and further authorize the termination of the Debtor's AWS Accounts and all related storage and cloud computing services.

    PLEASE TAKE FURTHER NOTICE that any party opposing the Motion must appear

1

personally or by counsel at the preliminary hearing and may file responsive pleadings, points and authorities and declarations. FAILURE TO APPEAR AT THE PRELIMINARY HEARING MAY BE DEEMED BY THE COURT TO BE CONSENT TO THE GRANTING OF THE MOTION.

This hearing will be conducted only via Zoom. The court's website offers information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contract the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

The Motion is based on this Notice of Motion, the Motion itself and the authorities cited in the Motion, the Declaration of John Lightbourn, the pleadings and papers filed in this case, and such other matters as may presented to the Court at the time of the hearing.

K&L GATES LLP

Dated: May 22, 2026

By: /s/ *Brandy A. Sargent*
Brandy A. Sargent
*Attorneys for Amazon Web Services Inc.*

Case: 25-31059    Doc# 25    Filed: 05/22/26    Entered: 05/22/26 10:52:10    Page 2 of 3

<u>**PROOF OF SERVICE**</u>

I am employed in the County of King, State of Washington.  I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, 925 Fourth Avenue, Suite 2900, Seattle, WA 98104-1158.

On May 22, 2026, I served the document(s) described as: (1) Notice of Hearing on Amazon Web Services, Inc's Motion for Relief from the Automatic Stay

☒   I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Paul Mansdorf   paul@mansdorftrustee.com, Paul.Mansdorf@txitrustee.com,ecf.alert+Mansdorf@titlexi.com
- Brent D. Meyer   brent@meyerllp.com, bmeyer@fhlawllp.com
- Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov
- Richard L. Pierotti   Rpierotti@kpmd.com
- Brandy A. Sargent   brandy.sargent@klgates.com, erika.luzuriaga@klgates.com
- Bennett G. Young   byoung@jeffer.com, jb8@jmbm.com

on the interested parties in this action by delivering a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Healthpals, Inc.
2434 Sharon Oaks Drive
Menlo Park, CA 94025

Premier Research Center LLC
102 Wessington Place
Hendersonville, TN 37075

Tandum Clinical Research
1111 Medical Center Blvd.
Marrero, LA 70072

USPH Novartis Pharmaceuticals
One Health Plaza
East Hanover, NJ 07936

Kokjer Pierotti Maiocco and Duck
333 Pine St., 5th Fl.
San Francisco, CA 94104

☒   **BY MAIL:**  I placed for collection and processing such envelope(s) to be deposited in the mail at Seattle, Washington with postage thereon fully prepaid to the office of the addressee(s) as indicated above.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business herein attested to.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 22, 2026, at Seattle, Washington.

/s/ Denise Lentz
Denise Lentz

1
**PROOF OF SERVICE**

Case: 25-31059   Doc# 25   Filed: 05/22/26   Entered: 05/22/26 10:52:10   Page 3 of 3