**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No.: 25-31059 (DM) |
| | ) | R.S. No.: _____ |
| HEALTHPALS, INC. | ) | Hearing Date: June 11 2026 |
| | ) | Time: 9:30 a.m |
| Debtor(s) | ) | |
| _____ | ) | |

**<u>Relief From Stay Cover Sheet</u>**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)   Date Petition Filed: 12/30/2025                    Chapter:  7
      Prior hearings on this obligation:  N/A          Last Day to File §523/§727 Complaints: _____

(B)   Description of personal property collateral (e.g. 1983 Ford Taurus):  N/A

      Secured Creditor   [   ] or lessor [   ]
      Fair market value:                            Source of value: Account Balance
      Contract Balance:                             Pre-Petition Default: $ _____
      Monthly Payment:                              No. of months: _____
      Insurance Advance: $_____    Post-Petition Default:  $_____
                                                    No. of months: _____

(C)   Description of real property collateral (e.g. Single family residence, Oakland, CA):  N/A

      Fair market value: $_____    Source of value:_____    If appraisal, date: _____

      Moving Party's position (first trust deed, second, abstract, etc.):

      Approx. Bal. $_____    Pre-Petition Default: $_____
      As of (date): _____    No. of months: _____
      Mo. payment: $_____    Post-Petition Default: $_____
      Notice of Default (date): _____    No. of months: _____
      Notice of Trustee's Sale:_____    Advances Senior Liens:  $_____

      Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $ | $ | $ |
| 2nd Trust Deed: _____ | $ | $ | $ |
| (Total)   $ | $ | $ | |

(D) Other pertinent information: Creditor seeks relief from the stay for cause to effectuate termination of a previously rejected executory contract in accordance with the terms of the contractual agreement with the Debtor including termination of all related storage and cloud computing services.

Dated:   May 22 2026

/s/ *Brandy A. Sargent*_____
Signature

Brandy A. Sargent
Print or Type Name
*Attorneys for Amazon Web Services, Inc.*

1609246266.3